FILED

07/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0126

IN THE SUPREME COURT OF THE STATE OF MONTANA

SUPREME COURT CAUSE NO. DA 21-0126

STATE OF MONTANA,                          )
                                           )
        Plaintiff/Appellees,              )
                                           )        **ORDER FOR**
  vs.                                     )        **ADDITIONAL TIME FOR**
                                           )        **FILING OPENING BRIEF**
CHARLEE BLAYLOCK,                          )
                                           )
        Defendant/Appellant.              )

Upon review of the Defendant/Appellant's Motion for Additional Time for Filing Opening Brief, and good cause therefrom;

It is hereby ORDERED that the Defendant/Appellant shall have an additional thirty (30) days from the due date of July 20th, 2021 to file their Opening Brief. Defendant/Appellant Opening Brief will be due August 20th, 2021.

cc: Jami Rebsom
    Attorney General

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 19 2021